UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00409-HBK<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff also filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff alleges that defendants violated his civil rights while he was incarcerated at the Sacramento County Main Jail. (Doc. No. 1). The alleged violations took place in Sacramento County, which is a part of the Sacramento Division of the United States District Court for the Eastern District of California. (*See* Doc. No. 1). As a result, the complaint should have been filed in the Sacramento Division.

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, transfer the action to the proper court. L.R. 120(f) (2019). Therefore, this action will be transferred to the Sacramento Division of the United States District Court for the Eastern District of California. This Court will not rule on Plaintiff's request to

proceed *in forma pauperis*.

Accordingly, it is **ORDERED**:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at: United States District Courthouse, Eastern District of California, 501 "I" Street, Suite 4-200, Sacramento, CA 95814.

Dated:  April 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2