UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY, | No. 2:22-cv-0668 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL MEDICAL STAFF, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's request for an extension of time. (ECF No. 7.)

In the motion and accompanying memorandum of points and authorities filed concurrently therewith, plaintiff states he has recently been transferred to Mule Creek State Prison ("MCSP"). Since his arrival he has not received his property or been given a non-soy diet. He seeks an extension of time to file his case. (ECF No. 7 at 4.) Because this case has been filed, the court will deny the request for an extension of time as moot. Additionally, because plaintiff's motion indicates it was filed prior to the court's May 2, 2022, order it will direct the Clerk of the Court to re-serve the order on plaintiff at his new address.

////

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 7) is denied as moot; and

2. The Clerk of the Court shall send plaintiff a copy of the court's order dated May 2, 2022 (ECF No. 5).

Dated: May 9, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mund0668.36obj