1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   STANLEY W. MUNDY,                          No.  2:22-cv-0668 WBS DB P

11                  Plaintiff,

12         v.                                   ORDER

13   SACRAMENTO COUNTY JAIL
     MEDICAL STAFF, et al.,
14
                    Defendants.
15

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff claims officials have failed to adequate treat his medical needs and seeks

19   immediate injunctive relief related to his transfer away from Pleasant Valley State Prison

20   ("PVSP").

21         On May 2, 2022, the magistrate judge filed findings and recommendations herein which

22   were served on plaintiff, and which contained notice to plaintiff that any objections to the

23   findings and recommendations were to be filed within twenty days.  (ECF No. 5.)  Plaintiff has

24   filed objections to the findings and recommendations.  (ECF No. 11.)

25         The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.

27   ////

28   ////

                                            1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed May 2, 2022, are adopted in full; and

3      2.  The complaint is dismissed without leave to amend.

4   Dated:  July 5, 2022

5

6      WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE

9   /mund0668.800

2